United States District Court
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| EverNu Technology, LLC,<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | No. 2:10-cv-2635-PD |
| Rohm and Haas Company,<br>Defendant | )<br>) | |

### PRAECIPE TO ENTER APPEARANCE

To the Clerk:

In accordance with Local Civil Rule 5.1(a), kindly enter the appearance of Diane Siegel Danoff for Defendant Rohm and Haas Company.

Respectfully submitted,

Dated: July 29, 2010

/s *Diane Siegel Danoff*
Diane Siegel Danoff, Pa. bar no. 50644
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19086
telephone (215)-994-4000
facsimile (215)-994-2222
*Attorney for Defendant Rohm and Haas Co.*

13833633.1

United States District Court
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| EverNu Technology, LLC,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | No. 2:10-cv-2635-PD |
| Rohm and Haas Company,<br>    Defendant | )<br>)<br>) | |

### CERTIFICATE OF SERVICE

I certify that the following documents have been filed electronically today and are available for viewing and downloading from the Court's Electronic Case Filing (ECF) system:

Praecipe to Enter Appearance

Certificate of Service

and that service on the following parties, who have consented to electronic service, is being accomplished by the electronic service of a Notice of Electronic Case Filing:

EverNu Technology, LLC
c/o Howard D. Scher, Esq.
scherhd@bipc.com

EverNu Technology, LLC
c/o Samantha L. Southall, Esq.
samantha.southall@bipc.com

Dated: July 29, 2010

  /s *Diane Siegel Danoff*
Diane Siegel Danoff

13833633.1