# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVERNU TECHNOLOGY, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 10-2635 |
| | : | |
| **ROHM & HAAS COMPANY** | : | |

## ORDER

**AND NOW**, this 26th day of August, 2010, upon consideration of the Parties' briefs regarding jurisdiction (Doc. Nos. 15, 17), it is hereby **ORDERED** that this case is dismissed for lack of subject matter jurisdiction.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                          **IT IS SO ORDERED.**

                          */s/ Paul S. Diamond*

                          _____
                          **Paul S. Diamond, J.**